IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLOBAL RISK INTERMEDIARY, LLC                                    PLAINTIFF

v.                            No. 4:13CV00133 JLH

AETNA GLOBAL BENEFITS LIMITED;
AETNA LIFE INSURANCE COMPANY; and
AETNA LIFE & CASUALTY (BERMUDA), LTD.                           DEFENDANTS

## ORDER

Without objection, plaintiff's motion to withdraw its first motion to compel is GRANTED. Document #30.  The first motion to compel is hereby withdrawn.  Document #23.

IT IS SO ORDERED this 6th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE