**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

GLOBAL RISK INTERMEDIARY, LLC                                          PLAINTIFF

v.                          No. 4:13CV00133 JLH

AETNA GLOBAL BENEFITS LIMITED;
AETNA LIFE INSURANCE COMPANY; and
AETNA LIFE & CASUALTY (BERMUDA), LTD.                          DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the unopposed motion filed by the plaintiff, this action is dismissed with prejudice. Document #37.

IT IS SO ORDERED this 27th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE